[No. 18522-5-I.   Division One.   January 8, 1988.]

*In the Matter of the Estate of*
ERNEST J. EUBANK.

*In the Matter of the Guardianship of*
ELVA M. EUBANK.

KERMIT S. LIGHTER, ET AL, *Appellants,* v. KATHARIN
REESE MARVIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-4-00461-8, Daniel T. Kershner, J., entered April 28, 1986. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Swanson and Williams, JJ.

[No. 14738-2-I.   Division One.   January 8, 1988.]

JANICE M. PEARL, *Appellant,* v. B. ANTHONY DVORAK,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 81-2-00014-5, Harry A. Follman, J., entered April 6, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16958-1-I.   Division One.   January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ROBERT TROTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03709-8, Frank H. Roberts, Jr., J., entered July 26, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Webster, J.